No. 79–402. SANDSTROM v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 79–411. O. P. MURPHY PRODUCE Co., INC., DBA O. P. MURPHY & SONS v. AGRICULTURAL LABOR RELATIONS BOARD OF CALIFORNIA (UNITED FARM WORKERS OF AMERICA, AFL–CIO, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–414. BASIC INC. v. ELTRA CORP. C. A. 6th Cir. Certiorari denied.

No. 79–430. NEW JERSEY ET AL. v. MONMOUTH MEDICAL CENTER. Sup. Ct. N. J. Certiorari denied.

No. 79–431. ROBINSON v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 79–451. FRAKES v. HUNT ET AL. Sup. Ct. Ark. Certiorari denied.

No. 79–454. SHURE BROTHERS, INC. v. KORVETTES, INC., DBA E. J. KORVETTE. C. A. 7th Cir. Certiorari denied.

No. 79–514. SINAGUB v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–543. SECURITY TIRE & RUBBER Co. v. GATES RUBBER Co. C. A. 5th Cir. Certiorari denied.

No. 79–548. DIZON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–557. TOWN & COUNTRY ESTATES, INC. v. FONG. C. A. 8th Cir. Certiorari denied.